UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-185-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH WAYNE BLIZZARD | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 18 February 2019 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED.

This the 18th day of February, 2019.

_____
Honorable Louise W. Flanagan
United States District Judge