UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00185-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH WAYNE BLIZZARD<br>       a/k/a "Doodle Blizzard" | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 31 July 2019 be sealed until further order of the court.

SO ORDERED.

This the 1st day of August, 2019.

_____
Honorable Louise W. Flanagan
United States District Judge